IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RICKEY RANDELL REX SMITH, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:16-CV-531-WKW |
| | ) | [WO] |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## **ORDER**

On January 22, 2018, the Magistrate Judge filed a Recommendation (Doc. # 15) to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that:

1. The Magistrate Judge's Recommendation (Doc. # 15) is ADOPTED;

2. This case is DISMISSED without prejudice for Petitioner's failure to obtain the requisite certification from the Eleventh Circuit Court of Appeals authorizing this court to consider a successive 18 U.S.C. § 2255 motion.

A final judgment will be entered separately.

DONE this 6th day of April, 2018.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE